UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     v.<br><br><br>CARLOS GOMEZ GUTIERREZ,<br>SANTIAGO CARILLO ZAVALZA,<br><br>                    Defendant. | NO:  CR-11-6035-RMP-1<br>        CR-11-6035-RMP-2<br><br>ORDER DISMISSING COUNTS ONE<br>AND TWO WITH PREJUDICE |

BEFORE the Court is the Government's Motion to Dismiss Counts One and Two of the Indictment, ECF No. 95.  The Court has reviewed the motion and file and is fully apprised in the matter.  The Court makes no judgment as the merit or wisdom of this dismissal.

Accordingly,

**IT IS HEREBY ORDERED:**

1. The Government's Motion to Dismiss Counts One and Two, **ECF No. 95**, is **GRANTED**.

ORDER DISMISSING COUNTS ONE AND TWO WITH PREJUDICE ~ 1

2. Pursuant to Fed. R. Crim. P. 48(a), counts one and two of the Indictment, ECF No. 15, are **DISMISSED WITH PREJUDICE**.

The District Court Executive is directed to enter this order and provide copies to counsel.

**DATED** this 18th day of November, 2011.

                                    *s/ Rosanna Malouf Peterson*
                                  ROSANNA MALOUF PETERSON
                                Chief United States District Court Judge

ORDER DISMISSING COUNTS ONE AND TWO WITH PREJUDICE ~ 2